JOSEPH L. WILLIS, Appellant

v.

PAUL WILLIS and TINA MAEPO, Appellee

High Court of American Samoa
Appellate Division

AP No. 011-83

March 18, 1986

Before MURPHY, Associate Justice, presiding; KING,* Acting
Associate Justice, and HEEN,** Acting Associate Justice.

Counsel: For the Appellant, Albert Mailo
 For the Appellee, Talalelei Tulafono

PER CURIAM:

Appellant Joseph Willis brought an action seeking a judicial
determination that certain land belonged to him as opposed to his
siblings. His claim was based upon the theory that their mother
acquired title to the land pursuant to a deed executed in 1940
and conveyed her ownership to Joseph by testamentary succession.

The Trial Court found that nothing was conveyed by the deed
and that the Willis family had resided upon and cultivated the
subject land since 1929. The Court concluded that the subject
land is the communal land of the Willis family.

This Court can set aside the findings of the Trial Court
only if they are clearly erroneous. United States v. United
States Gypsum Co. (1948) 333 U.S. 364. The facts found by the
Trial Court are supported by testimony the Trial Court found
credible. Hence there is no basis upon which to disturb the
findings.

The only issue worthy of appellate review is Appellant's
contention that the Willis family cannot own communal land since
it is not a traditional Samoan family. The facts showed that
Alexander Willis was one half Samoan and his wife Falesau was
full blooded Samoan. Their progeny, the litigants herein, are
thus 3/4 Samoan. True, they bear the name of a papalagi
grandfather rather than a Samoan name but so do many Samoans. (A
member of this Court, Judge Vaivao, is a Fruean.)

102

According to the Associate Judges there is no reason why a Samoan family cannot own communal land even though they choose to bear the surname of a European ancestor.

The decision of the Trial Court is affirmed.

*Honorable Samuel P. King, United States District Judge, District of Hawaii, sitting pro tem by order of Chief Justice Gardner. **Honorable Walter M. Heen, Associate Justice, Intermediate Court of Appeals, State of Hawaii, sitting pro tem by order of Chief Justice Gardner.